■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v AUSTIN

STANCIL, Appellant.—Judgment unanimously modified, as a matter of discretion, in the interest of justice by reducing the sentence imposed on defendant, a first offender, to an indeterminate sentence with a maximum of seven years, and otherwise judgment affirmed. (Appeal from judgment of Erie Supreme Court—robbery, second degree.) Present—Moule, J. P., Cardamone, Dillon, Goldman and Witmer, JJ.